B6F (Official Form 6F) (12/07)

In re **John Shinske,**
     **Jennifer Shinske**
_____,
                            Debtors

Case No. **2:11-bk-21754-CGC**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4800-1256-2764-3165**<br><br>**Bank of America**<br>**Attn: Bankruptcy Department**<br>**PO Box 26012**<br>**Greensboro, NC 27420** | | C | **Opened 12/1996**<br>**Credit Card** | | | | **29,446.00** |
| Account No. **9814**<br><br>**Bank of America**<br>**Attn: Bankruptcy Department**<br>**PO Box 26012**<br>**Greensboro, NC 27420** | | C | **Opened 12/1996**<br>**Credit Card** | | | | **25,104.00** |
| Account No. **4417-1254-3212-6542**<br><br>**CHASE BANK USA NA**<br>**Attn: Bankruptcy Dept**<br>**PO BOX 15145**<br>**Wilmington, DE 19850-5145** | | C | **Opened 08/1999**<br>**Credit Card** | | | | **4,356.00** |
| Account No. **1257**<br><br>**Gold Mountain Preserve**<br>**8325 E. Via De Las Flores**<br>**Scottsdale, AZ 85258** | | C | **2007**<br>**Site Grading on Foreclosed Vacant Lot** | | | X | **8,711.00** |

  **2**  continuation sheets attached

Subtotal (Total of this page)   **67,617.00**

In re **John Shinske,**
**Jennifer Shinske**,
Debtors

Case No. **2:11-bk-21754-CGC**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **379967** <br><br> **Gold Mountain Preserve Community** <br> **c/o AAM, LLC** <br> **1600 W. Broadway, Suite 200** <br> **Tempe, AZ 85282** | C | | 2010 - 2011 <br> HOA on Foreclosed Lot | | | X | 2,129.00 |
| Account No. <br><br> **M&I Bank** <br> **Attn: Bankruptcy Department** <br> **770 N. Water Street** <br> **Milwaukee, WI 53202** | C | | Deficiency judgment after foreclosure on vacant lot. CV2011-002651 | | | | 279,925.00 |
| Account No. **422436840000** <br><br> **BMO Harris Bank** <br> **770 N. Water St.** <br> **Milwaukee, WI 53202** | | | Additional Notice: <br> M&I Bank | | | | Notice Only |
| Account No. **CV2011-002651; 1103-0027** <br><br> **Jeffery D. Wolfe** <br> **Folks & O'Connor, PLLC** <br> **1850 N Central Ave Ste 1140** <br> **Phoenix, AZ 85004** | | | Additional Notice: <br> M&I Bank | | | | Notice Only |
| Account No. **CV2008-003248** <br><br> **Penilla Metzger & Biggers Law Firm** <br> **Mr. Perry Edward Casazza** <br> **3550 N. Central Ave. Suite 1800** <br> **Phoenix, AZ 85012** | C | | Notice Only | | | | 0.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **282,054.00**

In re **John Shinske,**
**Jennifer Shinske**

Case No. **2:11-bk-21754-CGC**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **89771** <br><br> **West Glen Community Inc.** <br> **c/o AAM, LLC** <br> **1600 W. Broadway, Suite 200** <br> **Tempe, AZ 85282** | | C | 07/2011 <br> HOA | | | | 389.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **389.00**

Total
(Report on Summary of Schedules) **350,060.00**

# United States Bankruptcy Court
## District of Arizona

In re: **John Shinske / Jennifer Shinske**, Debtor(s)

Case No. **2:11-bk-21754-CGC**
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **3** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date 8/24/2011  Signature /s/ John Shinske
**John Shinske**
Debtor

Date 8/24/2011  Signature /s/ Jennifer Shinske
**Jennifer Shinske**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.